JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 23-01955-CJC (DFMx)          Date: May 13, 2024

Title: <u>VERMELL SINGLETARY V. KIA AMERICA, INC.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

     On March 4, 2024, the Court granted Defendant's motion to dismiss with leave to amend. (Dkt. 29.) The Court ordered that "[i]f Plaintiff elects to file an amended complaint addressing the deficiencies identified in this order, she shall do so by **April 4, 2024**. If Plaintiff fails to file an amended complaint by that date, Plaintiff's complaint will be dismissed without prejudice." (*Id.* at 7.) It has now been well over a month since April 4, 2024, and Plaintiff has not filed an amended complaint. Accordingly, the Court orders Plaintiff's complaint **DISMISSED WITHOUT PREJUDICE**.

rdf

MINUTES FORM 11
CIVIL-GEN                                                                Initials of Deputy Clerk RRP